**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.

**FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES**, a Florida state agency,

Plaintiff,

v.

**FLORIDA NATIONAL UNIVERSITY, INC. d/b/a FLORIDA NATIONAL UNIVERSITY ONLINE LEARNING CAMPUS**, a Florida Corporation,

Defendant.
_______________________________________/

**VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RELATED CLAIMS**

Plaintiff, **FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES** (hereinafter "Plaintiff" or "FIU"), hereby brings this action against Defendant, **FLORIDA NATIONAL UNIVERSITY, INC. d/b/a FLORIDA NATIONAL UNIVERSITY ONLINE LEARNING CAMPUS** (hereinafter "Defendant" or "FNU"), and alleges the following:

**NATURE OF THE ACTION**

1. This is an action for trademark infringement and unfair competition pursuant to the Lanham Act (15 U.S.C. § 1051, *et seq.*), Fla. Stat. § 495.131, and the common law of the State of Florida, in connection with FNU'S advertisement and promotion of education services under the name "FLORIDA NATIONAL UNIVERSITY" and the acronym "FNU," in violation of FIU's rights in and to its

longstanding and federally-registered family of **FLORIDA INTERNATIONAL UNIVERSITY** and **FIU** trademarks (hereinafter the "**FIU** Marks").

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because this action involves substantial claims arising under the Lanham Act. This Court has jurisdiction over FIU's related state and common-law claims pursuant to 28 U.S.C. §§ 1338 and 1367.

3. This Court has personal jurisdiction over FNU because FNU has distributed, offered for sale, and/or sold education services within this State, has engaged in acts or omissions within this State causing injury, has manufactured or distributed products used or consumed within this State in the ordinary course of trade, or has otherwise made contacts with this State sufficient to permit the exercise of personal jurisdiction.

4. This District is a proper venue pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the acts or omissions giving rise to FIU's claims occurred in this District.

**THE PARTIES**

5. Plaintiff FIU is a public body corporate of the State of Florida and part of the State University System of the State of Florida, having its principal place of business at 11200 S.W. 8th Street, Miami, Florida 33199. FIU is the record owner of the **FIU** Marks at issue in the instant action.

6. On information and belief, Defendant FNU is a corporation organized and existing under the laws of the State of Florida, having its principal place of business at 4425 W. 20th Ave., Hialeah, Florida 33012. FNU is the owner of Fictitious Name Registration No. G2000011723 for FLORIDA NATIONAL UNIVERSITY ONLINE LEARNING CAMPUS.

## FACTUAL ALLEGATIONS

### FIU and the FIU Marks

7. FIU is South Florida's only public research university, offering over 180 bachelor's, master's, and doctoral degree programs, as well as a wide variety of non-degree and certificate programs in many disciplines. Founded by the Florida Legislature in or about 1965, FIU has grown to become one of the nation's largest public four-year universities by enrollment, with over 50,000 full-time students enrolled in the Fall of 2012. FIU currently graduates over 10,000 students annually, and ranks first in the nation in awarding bachelor's and master's degrees to Hispanic students.

8. FIU has accomplished this success through, *inter alia*, the use of its valuable **FIU** Marks.

9. FIU owns, among others, the following United States Trademark Registrations for the **FIU** Marks:

| | | |
|---|---|---|
| **FLORIDA INTERNATIONAL UNIVERSITY (word mark)** | Reg. No. 1,285,597 | Educational and Entertainment Services-Namely, Educating at the University Level, and Conducting Live Athletic, Band, Choral and Theatrical Events, in International Class 41; Conducting Research for Others, in International Class 42 |

| | | |
|---|---|---|
| FIU FLORIDA INTERNATIONAL UNIVERSITY | Reg. No. 3,694,946 | Education services in the nature of courses at the university level, in International Class 41 |
| FIU | Reg. No. 3,796,626 | Entertainment in the nature of competitions in the field of athletics, in International Class 41 |
| FIU | Reg. No. 3,694,945 | Entertainment in the nature of competitions in the field of athletics, in International Class 41 |

10. FIU also owns State of Florida Trademark Registration No. 914582, issued on May 27, 1974, for the mark **FLORIDA INTERNATIONAL UNIVERSITY (word mark)** for education-related services in International Classes 41 and 42.

11. The registrations for the **FIU** Marks are valid, subsisting, and irrevocable. True and correct copies of the above registrations are attached hereto as Exhibit A.

12. The **FIU** Marks are well-known, distinctive, and famous trademarks, and FIU has continuously and substantially exclusively used its name and associated marks since at least as early as 1969.

13. Moreover, certain of the registrations identified in Exhibit A (i.e. Reg. No. 1,285,597) has become incontestable by virtue of long and continuous use, and by virtue

of FIU having submitted the requisite affidavits pursuant to the provisions of 15 U.S.C. § 1065. This registration therefore constitutes conclusive evidence of the validity of the mark shown therein, and of the registration of said mark, of FIU's ownership of said mark, and of FIU's exclusive right to use said mark in commerce in connection with the goods and services specified therein.

14. FIU also operates the website located at fiu.edu and has done so since at least November 1989. The website maintained at this address identified by this domain name incorporates FIU's longstanding and well-known **FIU** Marks.

15. FIU has spent a considerable amount of resources, time, and effort marketing and promoting its **FIU** Marks in the education field locally, nationally and internationally. As a result of FIU's extensive use, FIU has built up considerable recognition and goodwill in the **FIU** Marks.

16. The **FIU** Marks have garnered widespread recognition with the consuming public and the public understands that the **FIU** Marks identify goods and services produced or licensed by, or otherwise associated or affiliated with FIU.

17. FIU demonstrates the fame of the **FIU** Marks through its longstanding and substantially exclusive use of the trademarks; the size and prominence of its institution; and the success of its promotional efforts as evidenced through its numerous and varied publications, its websites, public service and community outreach activities, membership in professional associations, and the activities and association of its faculty, student body, and alumni.



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

**Defendants' Infringing Conduct**

18. Upon information and belief, FNU has possessed specific knowledge regarding both FIU and the **FIU** Marks, including without limitation FIU and FLORIDA INTERNATIONAL UNIVERSITY, since at least as early as the 1980's.

19. Upon information and belief, Defendant registered the trademarks FLORIDA NATIONAL COLLEGE (word mark), Registration No. 4,142,100, and FNC FLORIDA NATIONAL COLLEGE SINCE 1982 OPENS DOORS TO THE FUTURE, Registration No. 4,028,431, with the U.S. Patent & Trademark Office on May 15, 2012 and September 20, 2011, respectively.

20. Upon information and belief, Defendant also registered the trademark FLORIDA NATIONAL COLLEGE & DESIGN OF THE LETTERS "FNC" CONTAINED WITHIN A CIRCLE, APPEARING TO THE LEFT OF THE WORDS "FLORIDA NATIONAL COLLEGE" STACKED ONE WORD ON TOP OF THE OTHER, Registration No. T11000000469, on or about May 10, 2011 with the Florida Department of State Division of Corporations, alleging first use in Florida as of December 31, 1989.

21. Upon information and belief, FNU registered the fictitious name FLORIDA NATIONAL UNIVERSITY ONLINE LEARNING CAMPUS, Registration No. G2000011723, with the Florida Secretary of State on or about February 3, 2012.

22. Upon information and belief, FNU filed a federal trademark application on June 26, 2012 for the mark FNU FLORIDA NATIONAL UNIVERSITY SINCE 1982 OPENS DOORS TO THE FUTURE and Design (as depicted below), Application Serial



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

No. 85/661,422, in connection with "educational services, namely, providing college and university level courses of instruction and distribution of course materials in connection therewith," in International Class 41 (the "'422 Application").

FNU Florida National University
SINCE 1982
OPENS DOORS TO THE FUTURE

23. The '422 Application asserts that FNU has been using this design mark in connection with the above services since June 12, 2012.

24. Upon information and belief, FNU also registered the trademark FLORIDA NATIONAL UNIVERSITY & DESIGN OF THE LETTERS "FNU" CONTAINED WITHIN A CIRCLE, APPEARING TO THE LEFT OF THE WORDS "FLORIDA NATIONAL UNIVERSITY" STACKED ONE WORD ON TOP OF THE OTHER, Registration No. T12000000765, on or about August 10, 2012 with the Florida Department of State Division of Corporations, alleging first use in Florida as of June 12, 2012.

25. According to FNU's website, located at fnu.edu, FNU "contribute[s] to the education of a population of diverse, predominantly Hispanic, cultures." True and correct copies of webpages from FNU's website are attached as <u>Exhibit B</u>.

26. FNU's website further provides that FNU "officially changed its name to Florida National University [on] March 24, 2012, after receiving approval by its accrediting agency to offer programs at a more advanced degree level. At the present

time, FNU offers one Master Degree, seven Baccalaureate Degree Programs, twenty-two Associate Degree programs, nine Diploma Programs, and nine Certificate Programs." *See* Exhibit B.

27. FNU's website promotes FNU's higher education services at various campuses, including a "South Campus" at 11865 S.W. 26th Street, approximately two (2) miles away from FIU's Modesto A. Maidique campus (which was known for many years as the FIU "South Campus").

28. FNU's use of the name FLORIDA NATIONAL UNIVERSITY and the acronym FNU to identify its education services and promote its services in marketing channels similar to those used by FIU creates a likelihood of confusion and deception with the name Florida International University and the acronym FIU, as the names look and sound similar and suggest a connection or affiliation between the two entities as to the source and origin of FNU's services and, through this use, FNU is unfairly trading on the valuable goodwill embodied in the **FIU** Marks.

29. Upon information and belief, FNU undertook these activities with full knowledge of the fame and popularity of the **FIU** Marks, and with full knowledge of FIU's exclusive rights to the **FIU** Marks and in willful and intentional disregard thereof.

30. Upon information and belief, the activities of FNU alleged herein were undertaken with the specific intent to deceive and mislead consumers as to the sponsorship, source and origin of the services offered by FNU.



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 • (305) 777-1720 • (305) 456-4922 telecopier

31. FIU used the **FIU** Marks extensively and continuously before FNU commenced use of the name FLORIDA NATIONAL UNIVERSITY and the acronym FNU.

32. The likelihood of confusion, mistake, and deception engendered by FNU's misappropriation of the **FIU** Marks is causing irreparable harm to the goodwill symbolized by the **FIU** Marks and the reputation for quality that they embody.

33. Given that many students may enroll only in online classes offered by FIU and FNU (and may never attend a class in a physical classroom), the potential for confusion is heightened in the online education field.

34. On or about September 11, 2012, and again on February 26, 2013, FIU, through counsel, conveyed to FNU a letter informing FNU of FIU's federal and state trademark registrations for the **FIU** Marks, and of FIU's substantial investment and goodwill in the marks, requesting that FNU immediately cease and desist use of the name FLORIDA NATIONAL UNIVERSITY and the acronym FNU. FNU has not complied with any request made in this letter.

35. This letter placed FNU on formal notice of FIU's prior rights and of FNU's potential liability for enhanced damages for continuing infringement.

**FIRST CLAIM FOR RELIEF**
**(Federal Trademark Infringement)**

36. FIU repeats and incorporates paragraphs 1 through 35 inclusive as if set forth verbatim herein.

37. FNU's use of FLORIDA NATIONAL UNIVERSITY and FNU, in connection with education services identical to those provided by FIU under its

FLORIDA INTERNATIONAL UNIVERSITY AND FIU Marks, has caused and is likely to cause confusion, to cause mistake, or to deceive persons into the erroneous belief that the services promoted by FNU were authorized, sponsored by or connected in some way with FIU.

38. Upon information and belief, the aforementioned acts and conduct of FNU were carried out with the intent and purpose of appropriating and trading upon the goodwill and reputation of FIU, and of passing off FNU's services as FIU's services.

39. FNU's acts were without license or consent of FIU.

40. FNU's acts constitute willful and deliberate infringement of FIU's federally-registered **FIU** Marks in violation of Section 32(1) of the Lanham Act, as amended, 15 U.S.C. § 1114.

41. FNU has caused and is likely to continue causing substantial injury to the public and to FIU, and FIU is entitled to injunctive relief and to recover any and all damages, costs, and reasonable attorneys' fees as provided under 15 U.S.C. §§ 1114, 1116 and 1117.

**SECOND CLAIM FOR RELIEF**
**(Federal Unfair Competition)**

42. FIU repeats and incorporates paragraphs 1 through 35 inclusive as if set forth verbatim herein.

43. FNU's unauthorized use of the **FIU** Marks constitutes a false designation of origin and false description, and falsely represents to the public that the services advertised, sold and offered for sale by FNU, emanate from the same source or origin as FIU's services, or are authorized, endorsed, sponsored, or otherwise approved by FIU.

44. FNU, with knowledge of such falsity, offered, or caused to be advertised, sold and offered its services in connection with trademarks that are confusingly similar to those of the **FIU** Marks.

45. FIU has been, and will be, irreparably damaged by said false designations, false descriptions, and false representations in that consumers are likely to be induced into dealing with FNU in the mistaken belief that FNU's services, which have been advertised, promoted, solicited, sold or offered for sale in connection with the dominant portion of the **FIU** Marks, are authorized, endorsed, sponsored by or otherwise approved by FIU.

46. FNU's acts constitute violations of Section 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a).

47. FNU's conduct has caused, and is likely to continue causing, substantial injury to the public and to FIU. FIU is entitled to injunctive relief and to recover any and all damages, costs, and reasonable attorneys' fees as provided pursuant to 15 U.S.C. §§ 1125(a), 1116 and 1117.

**THIRD CLAIM FOR RELIEF**
**(Florida Trademark Dilution and Injury to Business Reputation)**

48. FIU repeats and incorporates paragraphs 1 through 35 inclusive as if set forth verbatim herein.

49. Since at least as early as 1969, FIU has continuously advertised, promoted, offered education and related services in the State of Florida under the **FIU** Marks.

50. As a result of FIU's extensive and continuous use, the **FIU** Marks have become well-known, distinctive and famous trademarks.

51. Upon information and belief, FNU is offering or causing to be advertised, sold and offered for sale, education services in connection with a mark and name that is confusingly similar to the **FIU** Marks.

52. FNU is causing and will continue to cause irreparable injury to FIU's goodwill and business reputation, and dilution of the distinctiveness and value of FIU's famous and distinctive **FIU** Marks in violation of Florida law, FLA. STAT. ANN. § 495.151 (West 2007). FIU therefore is entitled to injunctive relief, damages and costs, as well as, if appropriate, enhanced damages and reasonable attorneys' fees.

**FOURTH CLAIM FOR RELIEF**
**(Florida Trademark Infringement)**

53. FIU repeats and incorporates paragraphs 1 through 35 inclusive as if set forth verbatim herein.

54. FIU owns State of Florida Trademark Registration No. 914582 for the mark **FLORIDA INTERNATIONAL UNIVERSITY (word mark)** for education-related services in International Classes 41 and 42.

55. FIU has the exclusive right to use the mark **FLORIDA INTERNATIONAL UNIVERSITY** in the State of Florida in respect of education and related services.

56. FNU, without FIU's consent, has used, offered to sell, advertised, and promoted its education services in connection with FIU's registered trademark in a manner that is likely to cause confusion or mistake or to deceive customers as to the affiliation, connection or association of FNU with FIU or as to the origin, sponsorship or approval of FNU's services by FIU.



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 • (305) 777-1720 • (305) 456-4922 telecopier

57. Upon information and belief, FNU's acts were done with full knowledge of FIU's rights in and to the mark **FLORIDA INTERNATIONAL UNIVERSITY** with the intent to cause confusion or mistake or to deceive the public.

58. FIU has been, and will be, irreparably damaged by FNU's conduct in that consumers are likely to be induced into dealing with FNU in the mistaken belief that FNU's services, which have been advertised, promoted, solicited, sold or offered for sale in connection with FIU's registered **FLORIDA INTERNATIONAL UNIVERSITY** mark, are authorized, endorsed, sponsored by or otherwise approved by FIU.

59. FNU is causing and will continue to cause irreparable injury to FIU's goodwill in violation of Florida law, FLA. STAT. ANN. § 495.131 (West 2007). FIU therefore is entitled to injunctive relief, damages and costs, as well as, if appropriate, enhanced damages and reasonable attorneys' fees.

**FIFTH CLAIM FOR RELIEF**
**(Common Law Trademark Infringement and Unfair Competition)**

60. FIU repeats and incorporates paragraphs 1 through 35 inclusive as if set forth verbatim herein.

61. FIU has continuously advertised, promoted, offered for sale and sold its education and related services in the State of Florida under the **FIU** Marks.

62. Upon information and belief, FNU offered, or caused to be advertised, promoted, sold and offered for sale, its education services in connection with a name and mark that is confusingly similar to FIU's name and **FIU** Marks**.**

63. The acts of FNU complained of herein are in violation of the common law of the State of Florida, in that FNU's use in Florida of name FLORIDA NATIONAL

UNIVERSITY and the acronym FNU, in connection with the promotion or sale of education services, has caused and will continue to cause a likelihood of confusion among the public that FNU's services are affiliated with, associated with, or otherwise approved by FIU.

64. As a result, FNU has been and are now being unjustly enriched by its wrongful misappropriation of the **FIU** Marks and the goodwill symbolized by FIU's trademarks.

65. As a result of FNU's acts, FIU has been damaged in an amount not as yet determined or ascertainable. At a minimum, however, FIU is entitled to injunctive relief, to an accounting of FNU's profits, to damages, and to costs. In light of the deliberately fraudulent and malicious use of confusingly similar imitations of the **FIU** Marks, and the need to deter FNU from similar misconduct, FIU is also entitled to punitive damages.

**SIXTH CLAIM FOR RELIEF**
**(Cancellation of State of Florida Trademark Registration)**

66. FIU repeats and incorporates paragraphs 1 through 35 inclusive as if set forth verbatim herein.

67. Upon information and belief, FNU's State of Florida Trademark Registration No. T12000000765 for FLORIDA NATIONAL UNIVERSITY & DESIGN OF THE LETTERS "FNU" CONTAINED WITHIN A CIRCLE, APPEARING TO THE LEFT OF THE WORDS "FLORIDA NATIONAL UNIVERSITY" STACKED ONE WORD ON TOP OF THE OTHER is subject to cancellation, pursuant to Fla. Stat. § 495.101, based on a likelihood of confusion with the **FIU** Trademarks.



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

68. FNU's trademark is confusingly similar to the **FIU** Marks in that FNU's trademark mimics significant portions of the **FIU** Marks. In addition, the overall commercial impressions of the marks are very similar, which erroneously suggests an affiliation with FIU.

69. In view of the similarity of FNU's trademark to the **FIU** Marks, and the fact that the parties are offering identical services, FNU's trademark so resembles the **FIU** Marks as to be likely to cause the public to be confused, mistaken, or deceived into believing that FNU's services originate from FIU or are in some way related to, associated with, or sponsored by FIU.

70. Registration of FNU's trademark is barred by the provisions of Fla. Stat. § 495.101, in that FNU's trademark is so similar, as to be likely to cause confusion or mistake or to deceive, to a mark registered by another person in the United States Patent and Trademark Office, prior to the date of the filing of the application for registration by the registrant hereunder, and not abandoned.

**PRAYER FOR RELIEF**

**WHEREFORE**, FIU prays that the Court:

A. Permanently enjoin and restrain FNU, its agents, servants, employees, representatives, and those in active concert or participation with any of them, from:

(1) Advertising, promoting, offering for sale, selling, or distributing in any manner education services in connection with or bearing the name FLORIDA NATIONAL UNIVERSITY and the acronym FNU, and/or making any use



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

of such mark or name which is confusingly similar to the **FIU** Marks;

(2) Representing or suggesting in any fashion to any third party that FNU's services are affiliated with, sponsored by, or otherwise connected with FIU;

(3) Doing any other acts calculated or likely to cause confusion or mistake in the mind of the public or to lead consumers into the belief that FNU's services are authorized, sponsored, licensed, endorsed, promoted, or condoned by FIU, or are otherwise affiliated with or connected to FIU; and

(4) Otherwise competing unfairly with FIU;

B. Order FNU to file with the Court and serve upon FIU, within thirty (30) days of the entry of the injunction prayed for herein, a report in writing under oath setting forth in detail the form and manner in which it has complied with the permanent injunction, pursuant to 15 U.S.C. 1116(a);

C. Order FNU to pay to FIU:

(1) FNU's profits and all damages sustained by FIU as a result of FNU's trademark infringement; and

(2) all gains, profits, and advantages derived by it as a result of FNU's unfair competition;



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

D. Order the cancellation, in accordance with Fla. Stat. § 495.101, of FNU's State of Florida Trademark Registration No. T12000000765;

E. Order that FNU immediately withdraw U.S. Application Serial No. 85/661,422 and abandon the FNU FLORIDA NATIONAL UNIVERSITY SINCE 1982 OPENS DOORS TO THE FUTURE and Design trademark;

F. Order that FNU, in accordance with 15 U.S.C. §§ 1116(d) and 1118, be required to deliver up to be impounded during the pendency of this action all infringing advertising, promotional, or other materials in its possession or under its control, and to deliver up for destruction all infringing copies and all patterns, dies, molds, and other paraphernalia used for making such infringing copies or for reproducing FNU's infringing marks;

G. Order that FNU be required to pay to FIU treble damages pursuant to 15 U.S.C. § 1117(b);

H. Order FNU to pay FIU's punitive damages in a sum to be determined at trial on the basis of FNU's deliberate and intentional infringement and unfair competition.

I. Order that FNU be required to pay to FIU the costs of this action and reasonable attorney's fees pursuant to 15 U.S.C. § 1117; and

J. Order that FIU be awarded such other and further relief as the Court finds just.

DATED: May 3, 2013

Respectfully submitted,

**FRIEDLAND VINING, P.A.**

/s/David K. Friedland
By: **David K. Friedland**
Florida Bar No. 833479
Email: dkf@friedlandvining.com
**Jaime Rich Vining**
Florida Bar No. 030932
Email: jrv@friedlandvining.com
1500 San Remo Ave., Suite 200
Coral Gables, FL 33146
(305) 777-1720 – telephone
(305) 456-4922 – facsimile

***Counsel for Plaintiff***

# VERIFICATION

In accordance with 28 U.S.C. § 1746, I, Rafael Paz, as Senior University Counsel of Plaintiff Florida International University Board of Trustees, declare under penalty of perjury that I have read the foregoing Verified Complaint and that the facts stated therein are true and correct.

Executed in Miami, Florida, this 2nd day of May, 2013.

Rafael Paz



**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier