**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 13-CV-21604-WILLIAMS**

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

Plaintiff,

vs.

FLORIDA NATIONAL UNIVERSITY, INC.,
d/b/a FLORIDA NATIONAL UNIVERSITY
ONLINE LEARNING CAMPUS,

Defendant.
_______________________________________/

# ORDER OF FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant Florida National University, Inc.'s Motion for Summary Judgment [D.E. 68], Final Judgment is now entered in this case in favor of Defendant FNU as set forth below:

1. Final judgment is entered in favor of Defendant FNU as to all counts raised in the Complaint [D.E. 1] based on this Court's Order dated March 3, 2015 [D.E. 68] granting Defendant FNU's Cross Motion for Summary Judgment [D.E. 25].
2. Plaintiff Florida International University Board of Trustees (FIU) shall take nothing from this action.
3. The Court reserves jurisdiction to determine Defendant FNU's entitlement to attorney's fees and taxable costs.
4. All pending motions are DENIED as moot, and the Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers in Miami, Florida, this 16th day of March, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE