UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-21604-WILLIAMS

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Plaintiff,

vs.

FLORIDA NATIONAL UNIVERSITY, INC.,
d/b/a FLORIDA NATIONAL UNIVERSITY
ONLINE LEARNING CAMPUS,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on two Reports & Recommendations from Chief Magistrate Judge Simonton: (DE 109) Judge Simonton's Report recommending that the Court grant (DE 98) Defendant's motion for attorneys' fees and taxable costs; and (DE 110) Judge Simonton's Report recommending that the Court grant (DE 99) Defendant's motion for attorneys' fees and taxable costs on appeal.  Plaintiff filed objections to both Reports (DE 118; DE 119), and Defendant filed responses to the objections (DE 122; DE 123).

Based on an independent review of the Reports, underlying briefing, applicable case law, and record, the Court agrees with the conclusions and reasoning in Judge Simonton's thorough and comprehensive Reports that both motions for attorneys' fees should be granted.  Accordingly, for the reasons set forth in Judge Simonton's Reports, the Court **ORDERS AND ADJUDGES** as follows:

1. Judge Simonton's Reports (DE 109; DE 110) are **ADOPTED AND AFFIRMED.**

2. Defendant's motions for attorneys' fees and taxable costs (DE 98; DE 99) are **GRANTED.**

3. The Parties are instructed to comply with the procedures in Local Rule 7.3, and in accordance with that rule, cooperate in good faith to reach an agreement on each and every billing entry in dispute.

4. If the Parties cannot reach an agreement as to the amount of fees to be awarded for each motion, then Defendant shall file a single motion for attorneys' fees with a section in the motion for (i) attorneys' fees and costs incurred in the district court; and (ii) attorneys' fees and costs incurred on appeal.

5. The Parties are advised that before the motion for attorneys' fees is adjudicated, they will be required to participate in a mediation to resolve any disputes related to the fee award.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of June, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE